Same case below, 339 Fed. Appx. 165.

**No. 09-793. Cheryl Janky, Petitioner v. Lake County Convention and Visitors Bureau.**

559 U.S. 992, 130 S. Ct. 1740, 176 L. Ed. 2d 214, 2010 U.S. LEXIS 2241.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 576 F.3d 356.

**No. 09-795. Larry Monroe, Petitioner v. City of Charlottesville, Virginia, et al.**

559 U.S. 992, 130 S. Ct. 1740, 176 L. Ed. 2d 214, 2010 U.S. LEXIS 2325.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 579 F.3d 380.

**No. 09-798. Niranjan Lal, Petitioner v. United States Life Insurance Company.**

559 U.S. 992, 130 S. Ct. 1740, 176 L. Ed. 2d 214, 2010 U.S. LEXIS 2322.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 345 Fed. Appx. 144.

**No. 09-824. Craig Smallwood, Petitioner v. Haseko (Ewa), Inc., et al.**

559 U.S. 992, 130 S. Ct. 1746, 176 L. Ed. 2d 214, 2010 U.S. LEXIS 2336.

March 8, 2010. Petition for writ of certiorari to the Intermediate Court of Appeals of Hawaii denied.

**No. 09-890. William Havens, Petitioner v. United States.**

559 U.S. 992, 130 S. Ct. 1748, 176 L. Ed. 2d 214, 2010 U.S. LEXIS 2300.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 330 Fed. Appx. 920.

**No. 09-5661. Thomas M. Lehan, Petitioner v. United States.**

559 U.S. 992, 130 S. Ct. 1735, 176 L. Ed. 2d 214, 2010 U.S. LEXIS 2233.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-7007. Vincent Barnett, Petitioner v. United States.**

559 U.S. 993, 130 S. Ct. 1735, 176 L. Ed. 2d 214, 2010 U.S. LEXIS 2246.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 332 Fed. Appx. 324.

**No. 09-7246. Calvin Tucker, Jr., Petitioner v. United States.**

559 U.S. 993, 130 S. Ct. 1736, 176 L. Ed. 2d 214, 2010 U.S. LEXIS 2319.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 332 Fed. Appx. 563.